UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANGELO SERRATO,  )<br>                           )<br>        Petitioner,       )   No. CV 10-6297-ABC (AJW)<br>                           )<br>    vs.                    )<br>                           )<br>COUNTY DISTRICT ATTORNEY    )   JUDGMENT<br>STEVE COOLEY, et al.,      )<br>                           )<br>        Respondents.       )<br>_____) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 10/18/2010

_____
Audrey B. Collins
United States District Judge